**Order entered September 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00895-CV

### JESSICA DIXON, Appellant

### V.

### QUAIL RUN CONDOMINIUM ASSOCIATION AND PRINCIPAL MANAGEMENT GROUP, INC., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-19277**

## ORDER

Before the Court is appellant's September 23, 2019 motion to correct the clerk's record. Appellant asserts that the top of the first page to the exhibit she attached to her "Motion to Strike Defendant Quail Run Condominium Association's Motion to Declare Plaintiff a Vexatious Litigant and Motion for Expedited Hearing" appears to have been "tampered with." Specifically, the top of the original page reads "EXHIBIT A," but the one in the clerk's record omits the "A" and simply reads "EXHIBIT."

We note that an exact copy of the original page as described by appellant is included in a supplemental clerk's record filed August 19, 2019. A supplemental clerk's record filed August 27, 2019 to apparently include documents omitted from the August 19th record, however,

contains the complained-of page. Accordingly, we **GRANT** appellant's motion. To avoid confusion, we **STRIKE** the August 19th and August 27th records and **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than October 7, 2019, a supplemental clerk's record containing an exact copy of the original page to appellant's exhibit to her motion to strike as well as the other documents included in the August 27th record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.


/s/     ERIN A. NOWELL
        JUSTICE